# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,                )
                                          )          **PRETRIAL STATUS CONFERENCE**
      Plaintiff,                )
                                          )
    vs.                                )
                                          )          Case No. 1:24-cr-205
Ronda Rene Secrease,                     )
                                          )
      Defendant.             )

_____

The undersigned shall hold a pretrial status conference with counsel by telephone on January 23, 2025, at 2:15 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court