**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, ) | |
|                   Plaintiff,     ) | **ORDER REVOKING PRETRIAL RELEASE** |
| vs.                          ) | |
| Ronda Rene Secrease,     ) | Case No. 1:24-cr-00205 |
|                   Defendant.  ) | |

On August 22, 2025, defendant appeared before the court for a Pretrial Release Revocation Hearing. At the outset of the hearing, defendant advised she was waiving her right to the hearing. The court accepted Defendant's waiver finding it was made knowingly, intelligently, voluntarily, and upon advice of counsel.

For the reasons articulated on the record, the court **REVOKES** defendant's pretrial release. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

    **IT IS SO ORDERED.**

    Dated this 22nd day of August, 2025.

                                                             */s/ Clare R. Hochhalter*
                                                             Clare R. Hochhalter, Magistrate Judge
                                                             United States District Court